UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY ELIZABETH BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>MIRANDA RASSMUSEN, et al.,<br><br>Defendants. | Case No. 24-cv-04657-NW<br><br>**ORDER OF DISMISSAL** |

On June 16, 2025, the Court granted Defendants' motion for summary judgment as to Brooks's federal claims. ECF No. 37 at 19. The Court notified Brooks that it would dismiss her state law claims without prejudice unless she filed an opposition or motion within 14 days explaining why such dismissal would prejudice her. *Id.* The deadline has passed and the Court has not received any filings from Brooks. The Court therefore **DISMISSES** Brooks's state law claims without prejudice to her refiling them in state court.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 7, 2025

Noël Wise
United States District Judge